# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

           Plaintiff,

v.

STACY STURDEVANT and AIMCO
PROPERTIES, L.P.,

           Defendants.

CIVIL ACTION

No. 07-2233-KHV-DJW

## **O R D E R**

Pending before the Court is the motion of Steven C. Effertz to withdraw as counsel for Defendant Stacy Sturdevant (doc. 20). The Court finds that the motion does not comply with the requirements of D. Kan. Rule 83.5.5. The motion will therefore be denied without prejudice as to the refiling of an amended motion that complies with said rule.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 12th day of February 2008.

           s/ David J. Waxse
           David J. Waxse
           United States Magistrate Judge

cc:    All counsel and pro se parties